IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| O'NEAL HENDERSON, on behalf of himself and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| HIRERIGHT SOLUTIONS, INC. and USIS COMMERCIAL SERVICES, INC., | : : : | NO. 10-459 |
| Defendant. | : | |

## ORDER

**AND NOW**, this *7th* day of *June*, 2010, upon consideration of the Motion of Defendant HireRight Solutions, Inc., f/k/a USIS Commercial Services, Inc. to Transfer Pursuant to 28 U.S.C. § 1404 (Docket No. 14), the Response of Plaintiff O'Neal Henderson (Docket No. 21), and Defendant's Reply Brief (Docket No. 23), it is hereby **ORDERED** that the Motion is **GRANTED** and that this case shall be **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.